NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SITO MOBILE R&D IP, LLC, SITO MOBILE, LTD.,**
*Appellants*

**v.**

**HULU, LLC,**
*Appellee*

---

2022-1990, 2022-1991

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00298, IPR2021-00304.

---

**JUDGMENT**

---

STEPHEN TERRY SCHREINER, Carmichael Ip, Tysons, VA, argued for appellants. Also represented by JAMES CARMICHAEL, MINGHUI YANG; JASON SCOTT CHARKOW, RONALD M. DAIGNAULT, CHANDRAN IYER, RICHARD JUANG, KEVIN SPRENGER, Daignault Iyer LLP, Vienna, VA.

BRETT JOHNSTON WILLIAMSON, O'Melveny & Myers LLP, Newport Beach, CA, argued for appellee. Also represented by BRADLEY M. BERG, CAMERON WILLIAM WESTIN;

NATHANIEL LEGUM, Los Angeles, CA; AMY LIANG, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 5, 2024
Date

Jarrett B. Perlow
Clerk of Court